IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jose Gonzalez,                          :
                    Petitioner          :
                                        :
        v.                              :   No. 144 C.D. 2022
                                        :
Guizzetti Farms, Inc. (Workers'         :
Compensation Appeal Board),             :
                    Respondent          :

Guizzetti Farms, Inc.,                  :
                    Petitioner          :
                                        :
        v.                              :   No. 286 C.D. 2022
                                        :
Jose Gonzalez (Workers'                 :
Compensation Appeal Board),             :
                    Respondent          :


# **O R D E R**


        AND NOW, this 28th  day of June  2023, **IT IS HEREBY ORDERED** that the above-captioned opinion filed April 18, 2023, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.


                        _____
                        ELLEN CEISLER, Judge